IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:06CR123 |
| v. | ) | ORDER |
| JAMAAL A. MCNEIL, | ) | |
| Defendant. | ) | |

This matter is before the court on the following motions of defendant Jamaal A. McNeil: Motion to Dismiss, Filing No. 253, and Motion for Leave to Proceed In Forma Pauperis, Filing No. 254. The court has reviewed these motions, and finds them to be frivolous and without merit.

THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 253 and 254, are denied as frivolous and without merit.

DATED this 9th day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge